AO 106 (Rev. 7/87) Affidavit for Search Warrant

# United States District Court
## *DISTRICT OF DELAWARE*

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT

The person and body of : Criminal Action No.: 07-84M
TONY L. CLARK :
Black Male, Date of Birth          /82 :
Currently in federal custody :

REDACTED

I, Patrick Fyock, being duly sworn depose and say:

I am a <u>Special Agent, ATF</u> and have reason to believe that __X__ on the person of, or ___ on the property or premises known as (name, description and/or location):

<u>See</u> Attachment A, which is incorporated herein by reference,

in the _____ District of _____Delaware_____
there is now concealed a certain person or property, namely (describe the person or property to be seized)

<u>See</u> Attachment B, which is incorporated herein by reference,

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rule of Criminal Procedure):

property that constitutes evidence of the commission of a criminal offense, the fruits of crime and things criminally possessed and property designed and intended for use and which has been used as a means of committing a criminal offense, that is 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (possession of a firearm by a prohibited person).

The facts to support a finding of Probable Cause are as follows:

See attached affidavit of Patrick Fyock, which is incorporated herein by reference.

Continued on the attached sheets and made a part hereof.   __X__ Yes   ___ No

Signature of Affiant
Special Agent, ATF

FILED
MAY 1 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me, and subscribed in my presence

4/25/07                                  at   Wilmington, Delaware
Date                                               City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer                  Signature of Judicial Officer

AFFIDAVIT OF PATRICK FYOCK

1. Your Affiant, Patrick Fyock, has been a Special Agent for more than five years with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). During that time, Your Affiant's duties have included the investigation of federal and state firearms offenses. Prior to being hired by ATF, Your Affiant was employed as a Police Officer for seven years with the New Castle County Police Department in Delaware. During the course of Your Affiant's law enforcement career, Your Affiant has received law enforcement training on the investigation of firearms offenses on numerous occasions, including, but not limited to, at the ATF academy, the New Castle County Police Academy, and the Federal Law Enforcement Training Center. The training was on topics including, but not limited to, firearms identification, firearms nomenclature, and firearms identification. During the course of Your Affiant's law enforcement career, Your Affiant has participated in more than 80 seizures of firearms and more than 120 investigations of firearms offenses. Furthermore, Your Affiant has consulted on numerous occasions with law enforcement officers investigating firearms offenses about the facts and circumstances of the offenses under investigation.

2. Your Affiant submits this affidavit in support of a search warrant to obtain a sample of hair, blood, saliva, and other body fluid from the person and body of Tony L. Clark, who is more fully described in Attachment A to this affidavit, sufficient to provide a quantity of deozyribonucleic acid ("DNA") that could be submitted to a forensic laboratory and possibly matched by forensic DNA testing, typing, and analysis with one or more samples of human DNA that may be obtained from a firearm seized on February 28, 2007, in Wilmington, Delaware, specifically a Smith and Wesson, model 36, .38 caliber revolver, serial number 609044 (the "Firearm"), loaded with five rounds of ammunition. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact known to Your Affiant regarding this investigation.

3. Your Affiant was also the affiant on an affidavit, which is attached and incorporated herein by reference, filed in support of a criminal complaint charging Tony L. Clark (the "Defendant") with violating 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (possession of a firearm by a prohibited person). The affidavit described the Defendant's flight from police on the morning of February 28, 2007; the subsequent foot chase that ensued in the area of Fifth, Pine, and Spruce Streets in Wilmington, Delaware; the observation by eyewitnesses of the Defendant discarding an item as he was fleeing from the police; and the subsequent recovery by the police of the Firearm from the area into which the Defendant was observed throwing an item. Based on additional investigation, Your Affiant has determined that the Defendant was observed throwing the item into the fenced-in rear yard of the residential home located at                    t; when the police responded to that location, they found the Firearm sitting on a concrete patio next to plastic lawn furniture; and the eyewitnesses observed the Defendant throw the item over the fence to the rear yard of 424 North Spruce Street from approximately 10-15 feet away.

4. This Court conducted a preliminary hearing regarding the Criminal Complaint on March 6, 2007, and found sufficient probable cause for the case to proceed. Also on March 6, 2007, a Grand Jury sitting in the District of Delaware returned a one-count indictment against the

Defendant, charging him with violating 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

5.    Pursuant to a Search Warrant issued by this Court on March 9, 2007, Your Affiant obtained a sample of the Defendant's blood for purposes of DNA testing and submitted this sample to the State of Delaware Medical Examiner's Office. Your Affiant subsequently has been informed by the staff of the Medical Examiner's Office that human DNA was detected on the subject firearm. However, the staff also reported that the DNA sample obtained from the Defendant was not useable due to problems related to the sealing of the vial containing the Defendant's blood. Accordingly, Your Affiant is seeking a second search warrant to obtain a sample of the Defendant's hair, blood, saliva, and other bodily fluid for DNA testing and comparison purposes.

6.    Your Affiant knows from training and experience, and from information provided in consultation with one or more experienced agents and/or forensic serologists, that a sample of the Defendant's hair, blood, saliva, and other bodily fluid would be of evidentiary value, in that such sample could be analyzed and tested, using forensic DNA testing techniques, against any samples of human DNA recovered from the Firearm. Such forensic DNA testing would make it possible to draw strong conclusions regarding whether any DNA evidence that may be found on the Firearm is likely to have originated with the Defendant. The results and conclusions drawn from forensic DNA testing and comparison of hair, blood, saliva, or other body fluid samples of known and unknown origin have been deemed admissible evidence in the courts of the United States.

7.    Based on the foregoing, there is probable cause to believe that the Defendant committed the crime of possession of a firearm by a person prohibited, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Accordingly, there is probable cause to believe that the Defendant may be the source of any human DNA evidence that is subsequently found on the Firearm obtained in this criminal investigation, and that a sample of the Defendant's hair, blood, saliva, and other body fluid constitutes evidence of the commission of such criminal offense.

8.    Accordingly, your Affiant requests the issuance of a warrant to seize and obtain from the Defendant a sample of his hair, blood, saliva, and other body fluid. Blood and other internal body fluid will be taken by a licensed doctor, nurse, or other qualified medical practitioner under sanitary conditions and according to accepted medical practices. Hair and saliva evidence will be taken by a Special Agent or ATF technician using generally accepted forensic evidence collection methods.

_____
Patrick Fyock
Special Agent, ATF

Sworn to and subscribed before me this ___ day of April, 2007.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

## ATTACHMENT A

### DESCRIPTION OF THE PERSON AND BODY OF TONY L. CLARK

Tony L. Clark is a black male, whose date of birth is _____ 1982, who has been issued Social Security Number _____ -7584 and who has been assigned SBI number 00306445. Mr. Clark currently is in federal custody, having been detained pending trial.

ATTACHMENT B

An adequate sample of hair, blood, saliva, and other body fluid sufficient to provide a quantity of deozyribonucleic acid ("DNA") that could be submitted to a forensic laboratory and possibly matched by forensic DNA testing, typing, and analysis with one or more samples of human DNA. Blood and other internal body fluid will be taken by a licensed doctor, nurse, or other qualified medical practitioner under sanitary conditions and according to accepted medical practices. Hair and saliva evidence will be taken by a Special Agent or ATF technician using generally accepted forensic evidence collection methods.