AO 93 (Rev. 5/85) Search Warrant

# *United States District Court*

## DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person or premises to be searched)

### SEARCH WARRANT

The person and body of           : Criminal Action No.: 07-84 M
TONY L. CLARK                    :
Black Male, Date of Birth   /82  :   REDACTED
Currently in federal custody     :

TO: SA Patrick Fyock, ATF, and any assisting law enforcement officer of the United States, and any assisting state and local police officers.

Affidavit(s) having been made before me by SA Patrick Fyock, ATF who has reason to believe that  X  on the person of or ____ on the premises known as (name, description and/or location):

See Attachment A, which is incorporated herein by reference,

in the _____ District of _____ Delaware _____ there is now concealed a certain person or property, namely (describe the person or property):

See Attachment B, which is incorporated herein by reference.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ May 5, 2007 _____
                                                                Date

(not to exceed 10 days) the place named above for the property specified, and serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), and if the property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to United States Magistrate Judge Mary Pat Thynge as required by law.

April 25, 2007, _____ .M.           at _____ Wilmington, Delaware _____
Date and Time                                    City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware                            _____
Name and Title of Judicial Officer              Signature of Judicial Officer

FILED
MAY 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 93 (Rev. 5/85) Search Warrant

INVENTORY MADE IN THE PRESENCE OF

S/A DEANO PARDOLLA

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

2 PURPLE TOP VIALS OF BLOOD TAKEN FROM TONY CLARK.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    5/8/07
U.S. Judge or Magistrate              Date